UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

MARCO ANTONIO OCAMPO
FRANCISCO, a/k/a "Montana," a/k/a
"Montreal," and

SERGIO GOMEZ ROMERO, a/k/a "Tony,"

Defendants.

Case No.

2:26-cr-271-2

FILED UNDER SEAL

## INDICTMENT

The Grand Jury charges:

## COUNT 1

Starting on an unknown date in 2024, and continuing through March 2026, in the District of Vermont and elsewhere, the defendants, MARCO ANTONIO OCAMPO FRANCISCO, a/k/a "Montana," a/k/a "Montreal," and SERGIO GOMEZ ROMERO, a/k/a "Tony," and others known and unknown engaged in a conspiracy to knowingly bring to the United States aliens, including B.S.S., C.R.H.V., C.G.C., and A.R.Q., knowing that said persons were aliens, at a place other than as designated by the Secretary of Homeland Security.

(8 U.S.C. § 1324(a)(1)(A)(i), (A)(v)(I))

1

## COUNTS 2-3

On or about January 25, 2025, in the District of Vermont and elsewhere, the defendant,

MARCO ANTONIO OCAMPO FRANCISCO, a/k/a "Montana," a/k/a "Montreal," knowing and

in reckless disregard of the fact that the below listed aliens had not received prior official

authorization to come to, enter and reside in the United States, did bring to the United States said

aliens, for the purpose of private financial gain:

| Count | Alien |
|-------|-------|
| 2 | B.S.S. |
| 3 | C.R.H.V. |

(8 U.S.C. § 1324(a)(2), (B)(ii))

2

## COUNTS 4-5

On or about December 16, 2025, in the District of Vermont and elsewhere, the defendant, SERGIO GOMEZ ROMERO, a/k/a "Tony," knowing and in reckless disregard of the fact that the below listed aliens had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, for the purpose of private financial gain:

| Count | Alien |
|-------|-------|
| 4 | C.G.C. |
| 5 | A.R.Q. |

(8 U.S.C. § 1324(a)(2), (B)(ii))

A TRUE BILL



JONATHAN A. OPHARDT
First Assistant United States Attorney

Dana E. Hill
Assistant United States Attorney
Burlington, Vermont
March 26, 2026